IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01368-RPM-CBS

MARY ROSE PESICK,

     Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOODS MARKETS, INC., d/b/a Natural Grocers By Vitamin Cottage, and
NATURAL GROCERS BY VITAMIN COTTAGE, INC.,

     Defendants.

## ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS DEFENDANT NATURAL GROCERS BY VITAMIN COTTAGE, INC.

---

This matter comes before the Court on the Joint Stipulated Motion to Dismiss Defendant Natural Grocers By Vitamin Cottage, Inc. filed by the parties on June 21, 2012. The Motion is granted. In light of the parties' stipulation that Plaintiff was an employee of Defendant Vitamin Cottage Natural Foods Markets, Inc., d/b/a Natural Grocers By Vitamin Cottage, and not an employee of Defendant Natural Grocers By Vitamin Cottage, Inc., it is appropriate to dismiss Defendant Natural Grocers By Vitamin Cottage, Inc. with prejudice. Defendant Natural Grocers By Vitamin Cottage, Inc. is hereby dismissed from this lawsuit with prejudice and shall be removed from the caption.

Dated this 22nd day of June, 2012.

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch
                          United States District Judge