IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01368-RPM

MARY ROSE PESICK,

    Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOODS MARKETS, INC.,
d/b/a Natural Grocers By Vitamin Cottage, and
NATURAL GROCERS BY VITAMIN COTTAGE, INC.,

    Defendant.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: August 3rd, 2012

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge