IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01368-RPM

MARY ROSE PESICK,

    Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOODS MARKETS, INC.,
d/b/a Natural Grocers By Vitamin Cottage,

    Defendant.

---

ORDER AMENDING CAPTION

---

Upon review of Plaintiff motion to amend caption to substitute the name "Mary Rose Muniz" for the name "Mary Rose Pesick," [18] filed today, it is

ORDERED that the motion is granted.

Dated: October 19, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge