IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01368-RPM

MARY ROSE MUNIZ,

    Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOODS MARKETS, INC.,
d/b/a Natural Grocers By Vitamin Cottage,

    Defendant,

    and

DAVID MUNZ,

    Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.,
d/b/a Natural Grocers By Vitamin Cottage,

    Defendant.

---

ORDER GRANTING MOTION TO CONSOLIDATE, VACATING ORDER OF REFERENCE AND
SETTING STATUS CONFERENCE

---

    Pursuant to Plaintiff's Unopposed Motion to Consolidate Cases for Discovery and Judge Assignments [20] and Unopposed Motion for Status Conference [21], and the Joint Motion to Extend Discovery Cutoff and Depositions Only [ 22], it is

    ORDERED that Civil Action 12-cv-02611-WYD-KLM is consolidated with this action and it is

    FURTHER ORDERED that the Order of Reference to Magistrate Judge Kristen L. Mix in Civil Action No. 12-cv-02611-WYD-KLM is vacated and it is

FURTHER ORDERED that a status conference in the consolidated cases will be held on **March 7, 2013, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, and that the existing orders in both cases will be reviewed at that conference.

Dated: January 28th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge