IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01368-RPM-CBS (Consolidated with 12-cv-02611)

MARY ROSE MUNIZ ,

    Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOODS MARKETS, INC., d/b/a Natural Grocers By Vitamin Cottage,

    Defendant.

and

DAVID MUNIZ,

    Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.,
d/b/a Natural Grocers By Vitamin Cottage

    Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiffs' claims against Defendant should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2. That Plaintiffs' claims against the Defendant are DISMISSED WITH PREJUDICE, each party to pay his, her, or its own attorney's fees and costs.

Dated this 14th day of June, 2013.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch , Senior Judge